FILED
April 9, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:13-cr-00101-GEB
Plaintiff, )
v. )
)  ORDER FOR RELEASE OF
JAMES MICHAEL WILEY, )  PERSON IN CUSTODY
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES MICHAEL WILEY, Case No. 2:13-cr-00101-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $200,000.00.

    _X_   Co-Signed Unsecured Appearance Bond ($68,000.00)

    _X_   Secured Appearance Bond ($132,000.00)

_X_   (Other) Conditions as stated on the record.

_X_   (Other) The secured bond paperwork to be filed by 4/15/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/9/2013  at 3:55 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge