CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
JAMES MICHAEL WILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES MICHAEL WILEY,<br><br>          Defendant. | Case No.: 2:13-CR-00101-GEB<br><br>STIPULATION AND ORDER REQUIRING THE RECONVEYANCE OF PROPERTY |

The United States of America, through its counsel Assistant U. S. Attorney Todd A. Pickles, and James Michael Wiley, through his counsel Clyde M. Blackmon, hereby stipulate that the property located at 2201 McFarland Road, York, South Carolina, legally described in Attachment A and identified in item 10 on the Court's Docket as "Deed of Trust from James Michael Wiley, 201300211030," shall be reconveyed to James Michael Wiley.

Mr. Wiley is charged in an indictment filed on March 28, 2013, with conspiracy to manufacture and distribute marijuana in violation of 18 U.S.C. sections 841(a)(1) and 846.  In the time leading up to the indictment counsel for the government and counsel for Mr. Wiley discussed the posting of property to secure Mr. Wiley's release on bail.  It was agreed that two

1  pieces of property, both located in York, South Carolina, where
2  Mr. Wiley lives, would be posted.  One of those properties,
3  located at 2201 McFarland Road, is Mr. Wiley's home.  The other
4  property, located at 2252 Cedar Road, is owned by Mr. Wiley's
5  mother and sister.
6      The South Carolina attorney assisting Mr. Wiley's counsel
7  in assembling the bail documents prepared mortgages on both
8  properties in favor of the United States District Court for the
9  Eastern District of California to secure the promissory notes
10 which were part of the bail documents.  Those mortgages were
11 recorded in the real property records of York County South
12 Carolina and the originals mailed to the Court Clerk's office.
13 Both mortgages have been filed in the records of this case.  The
14 McFarland Road property appears as item number 10 on the Docket
15 identified as "Deed of Trust from James Michael Wiley,
16 201300211030."  Item number 11 on the Docket pertains to the
17 Cedar Road property and is identified as "Deed of Trust from
18 James Michael Wiley, 201300211031."
19      On April 9, 2013, when Mr. Wiley was arraigned before
20 Magistrate Judge Brennan it was decided that only the property
21 located at 2252 Cedar Road would be used to secure Mr. Wiley's
22 bail.  Magistrate Judge Brennan ordered that Mr. Wiley be
23 released on a $200,000 bond consisting of $132,000 secured by
24 the Cedar Road property and $68,000 in an unsecured co-signed
25 bond.  Therefore, the McFarland Road property is not part of
26 Magistrate Judge Brennan's order and plays no part in Mr.
27 Wiley's release on bail.  Nevertheless, because the mortgage was
28

STIPULATION AND PROPOSED ORDER REQUIRING THE RECONVEYANCE OF PROPERTY

1 recorded in York County South Carolina, it constitutes a cloud
2 on the title to the McFarland Road property which needs to be
3 removed.
4     The parties, therefore, request the Court to issue an order
5 requiring the Clerk of the Court to reconvey to James Michael
6 Wiley the property located at 2201 McFarland Road, York, South
7 Carolina which is legally described in Attachment A and
8 identified in item 10 on the Court's Docket as "Deed of Trust
9 from James Michael Wiley, 201300211030."
10     **IT IS SO STIPULATED.**

11 DATED: May 9, 2013                    By: /s/ Clyde M. Blackmon for
12                                            Todd A. Pickles
                                               Assistant U.S. Attorney
13
   DATED: May 9, 2013                    By: /s/ Clyde M. Blackmon
14                                            CLYDE M. BLACKMON,
15                                            ROTHSCHILD WISHEK & SANDS
                                               LLP, Attorneys for
16                                            Defendant JAMES MICHAEL
                                               WILEY

1 **ORDER**

2 GOOD CAUSE APPEARING upon the stipulation of the parties,
3 the Clerk of the Court is ordered to reconvey to James Michael
4 Wiley the property located at 2201 McFarland Road, York, South
5 Carolina which is legally described in Attachment A and
6 identified in item 10 on the Court's Docket as "Deed of Trust
7 from James Michael Wiley, 201300211030."

8 **IT IS SO ORDERED.**

9 Dated:  May 10, 2013

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Attachment A

All that certain piece, parcel or tract of real property, with any and all improvements that might be situate and located thereon, lying and being on the western side of SC Highway 324 in York Township, York County, South Carolina, containing 57.02 acres, more or less and being more particularly set forth and shown as to metes and bounds on a plat of property of Dukes W. Williamson and Sally T. Williamson drawn by J.B. Fisher, RLS, dated May 30, 1985 and recorded in Plat Book 77, page 166, said plat being incorporated herein by reference thereto as a part of this description, and reference thereto is made for a more particular description as to metes and bounds.

Less & Except: 23.5 acres, more or less, conveyed to J. Roy Brewington, et al. by deed recorded January 25, 1995 in Book 1179, page 95, RMC Office for York County, SC.

DERIVATION: This being the identical real property conveyed to James Michael Wiley by deed recorded March 4, 1997 in Book 1782, page 271, RMC Office for York County, SC.