1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-00101 GEB

12                    Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                         [PROPOSED] FINDINGS AND ORDER

14  JAMES MICHAEL WILEY,

15                    Defendant.

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through his counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on June 7, 2013.

21        2.      By this stipulation, defendant now moves to continue the status conference until July 19,

22  2013, and to exclude time between June 7, 2013 and July 19, 2013, under Local Code T4.  The United

23  States does not oppose this request.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25                a)      The United States has represented that the discovery associated with this case

26  includes approximately 960 pages of discovery along with a CD containing photographs.  All of this

27  discovery has been either produced directly to counsel and/or made available for inspection and

28  copying.

Stipulation and Proposed Order re:                1
Continuance of Status Hearing

1    b)    Counsel for defendant desires additional time to consult with his client, to review

2 the current charges, to conduct investigation and research related to the charges, to review discovery for

3 this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him the reasonable time necessary for effective preparation, taking into account

6 the exercise of due diligence.

7    d)    The United States does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the original date

10 prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of June 7, 2013 to July 19, 2013, inclusive, is

13 deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from

14 a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

15 ends of justice served by taking such action outweigh the best interest of the public and the defendant in

16 a speedy trial.

17    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19 must commence.

20    IT IS SO STIPULATED.

21 Dated:  May 31, 2013                              BENJAMIN B. WAGNER
                                                    United States Attorney

22
                                                     /s/ Todd A. Pickles
23                                                  TODD A. PICKLES
                                                    Assistant United States Attorney
24

25 Dated:  May 31, 2013                              ROTHSCHILD WISHEK & SANDS LLP

26                                                   /s/ Todd A. Pickles for Clyde M. Blackmon
                                                    CLYDE M. BLACKMON, ESQ.
27                                                  Counsel for Defendant

28

Stipulation and Proposed Order re:                       2
Continuance of Status Hearing

1

2

**ORDER**

IT IS SO FOUND AND ORDERED.

3

**Date:  5/31/2013**

4

5

6

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28