```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD, WISHEK & SANDS, LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    Facsimile: (916) 640-0027
 4
    Attorneys for Defendant,
 5  JAMES MICHAEL WILEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00101-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE |
| vs. | |
| JAMES MICHAEL WILEY, | |
| Defendant. | |

The United States of America, through its counsel Todd A. Pickles, and James Michael Wiley, through his counsel Clyde M. Blackmon, stipulate that the trial date in this matter, July 29, 2014, may be vacated and that the trial confirmation conference scheduled for June 20, 2014, may be dropped from the Court's calendar. It is further stipulated that the matter may be set for a status conference on August 15, 2014.

A vacation of the trial date is necessary because James Michael Wiley has been indicted by a state grand jury in South Carolina. The parties understand that the allegations in that indictment are related to the allegations underlying the indictment in this case. Therefore, it appears that the cases are related and that the resolution of the South Carolina case

1  may affect the resolution of this matter, and counsel for Mr.
2  Wiley needs more time to assess the situation in South Carolina.
3       The parties further stipulate that pursuant to 18 U.S.C.
4  section 3161(h)(7)(B)(iv) time should be excluded from June 20,
5  2014, the date of the currently scheduled trial confirmation
6  conference, to August 15, 2014, the date of the requested status
7  conference, to provide defense counsel with additional time,
8  taking into account due diligence, in which to prepare, and that
9  the vacating of the trial date and continuance of the case for a
10 status conference on August 15, 2014, for the reasons stated
11 will serve the ends of justice and outweighs the best interests
12 of the public and of Mr. Wiley.
13      **IT IS SO STIPULATED.**

14 Dated: June 18, 2014            /s/ Clyde M. Blackmon for
15                                 Todd A. Pickles
                                   Assistant U. S. Attorney
16
17 Dated: June 18, 2014            /s/ Clyde M. Blackmon
                                   Clyde M. Blackmon
18                                 ROTHSCHILD WISHEK & SANDS LLP,
19                                 Attorneys for James Michael Wiley

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the trial date of July 29, 2014, in this matter is vacated, that the trial confirmation conference scheduled for June 20, 2014, is dropped from the Court's calendar and that a status conference will be held at 9:00 a.m. on August 15, 2014.

Based on the representation of the parties that additional time is required for adequate preparation by counsel, time is excluded from June 20, 2014, to August 15, 2014, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) (Local Code T4) and the Court finds that the continuance of this case to August 15, 2014, serves the ends of justice and outweighs the best interests of the public and of James Michael Wiley.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge