1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD, WISHEK & SANDS, LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   Facsimile: (916) 640-0027
4
   Attorneys for Defendant,
5  JAMES MICHAEL WILEY

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                     EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           Case No.: 2:13-CR-00101-GEB
10           Plaintiff,
                                        STIPULATION AND [PROPOSED]
11      vs.                             ORDER CONTINUING SETTING
                                        STATUS CONFERENCE
12 JAMES MICHAEL WILEY,

13           Defendant.

14

15      The United States of America, through its counsel Todd A.
16 Pickles, and James Michael Wiley, through his counsel Clyde M.
17 Blackmon, stipulate that the status conference currently
18 scheduled for August 15, 2014, at 9:00 a.m. may be continued to
19 October 17, 2014.
20      A continuance is necessary because James Michael Wiley has
21 been indicted by a state grand jury in South Carolina.  The
22 parties understand that the allegations in that indictment are
23 related to the allegations underlying the indictment in this
24 case.  Therefore, it appears that the resolution of the South
25 Carolina case may affect the resolution of this matter, and
26 counsel for the Government and for Mr. Wiley need more time to
27 assess the situation in South Carolina.
28

1  The parties further stipulate that pursuant to 18 U.S.C.
2 section 3161(h)(7)(B)(iv) time should be excluded from August
3 15, 2014, to October 17, 2014, to provide defense counsel with
4 additional time, taking into account due diligence, in which to
5 prepare, and that continuing the status conference for the
6 reasons stated will serve the ends of justice and outweighs the
7 best interests of the public and of Mr. Wiley.

8  **IT IS SO STIPULATED.**

9 Dated: August 13, 2014        /s/ Clyde M. Blackmon for
                                Todd A. Pickles
10                               Assistant U. S. Attorney

12 Dated: August 13, 2014        /s/ Clyde M. Blackmon
                                Clyde M. Blackmon
13                               ROTHSCHILD WISHEK & SANDS LLP,
14                               Attorneys for James Michael Wiley

1 **[PROPOSED] ORDER**

2    GOOD CAUSE APPEARING upon the stipulation of the parties,
3 it is ordered that the status conference now scheduled for
4 August 15, 2014, is continued to 9:00 a.m. on October 17, 2014.
5    Based on the representation of the parties that additional
6 time is required for adequate preparation by counsel, time is
7 excluded from August 15, 2014, to October 17, 2014, pursuant to
8 18 U.S.C. section 3161(h)(7)(B)(iv) (Local Code T4) and the
9 Court finds that the continuance of this case to October 17,
10 2014, serves the ends of justice and outweighs the best
11 interests of the public and of James Michael Wiley.
12    **IT IS SO ORDERED.**
13 Dated:  August 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE