1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:13-CR-00101 GEB

12                Plaintiff,           REQUEST TO SET MATTER FOR CHANGE OF
                                       PLEA AND STIPULATION REGARDING
13         v.                          EXCLUDABLE TIME PERIODS UNDER SPEEDY
                                       TRIAL ACT; [PROPOSED] FINDINGS AND
14 JAMES MICHAEL WILEY,                ORDER

15                Defendant.

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20      1.    By previous order, this matter was set for status on October 17, 2014.

21      2.    By this stipulation, defendant now moves to continue his matter to November 14, 2014

22 for a change of plea, and to exclude time between October 17, 2014 and November 14, 2014 under

23 Local Code T4. The United States does not oppose this request.

24      3.    The parties agree and stipulate, and request that the Court find the following:

25            a)    The United States has represented that the discovery associated with this case

26 includes approximately 960 pages of discovery along with a CD containing photographs. All of this

27 discovery has been either produced directly to counsel.

28            b)    The United States has provided a plea agreement to counsel for defendant.

Stipulation and Proposed Order re:            1
Continuance of Status Hearing

c) Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the plea agreement, to review discovery for this matter relating to the factual basis of the plea agreement, and to discuss potential resolutions with his client.

d) Counsel for the defendant further advises that defendant has been charged in South Carolina state court with distribution of marijuana and needs time to discuss that case with his client.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The United States does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period October 17, 2014 and November 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 15, 2014         BENJAMIN B. WAGNER
                                 United States Attorney

                                  */s/ Todd A. Pickles*
                                 TODD A. PICKLES
                                 Assistant United States Attorney


Dated:  October 15, 2014         ROTHSCHILD WISHEK & SANDS LLP

                                  */s/ Todd A. Pickles for Clyde M. Blackmon*
                                 CLYDE M. BLACKMON, ESQ.
                                 Counsel for Defendant


### ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge