1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD, WISHEK & SANDS, LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   Facsimile: (916) 640-0027
4  cblackmon@rwslaw.com

5  Attorneys for Defendant,
   JAMES MICHAEL WILEY

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No.: 2:13-CR-00101-GEB

12           Plaintiff,                STIPULATION AND [PROPOSED]
                                       ORDER FOR RETURN OF PASSPORT
13      vs.

14 JAMES MICHAEL WILEY,

15           Defendant.

16

17      On or about April 9, 2013, James Michael Wiley's United

18 States Passport was surrendered to the Clerk of the Court and it

19 continues to be in the possession of the Clerk of the Court.  On

20 January 30, 2015, Mr. Wiley was sentenced to serve 37 months in

21 the custody of the Bureau of Prisons.

22      IT IS HEREBY STIPULATED AND AGREED, by and between the

23 United States of America and James Michael Wiley, through their

24 respective attorneys, that Mr. Wiley's United States Passport

25 may be released to his attorney, Clyde M. Blackmon, by the Clerk

26 of the Court.

27 /////

28 /////

**IT IS SO STIPULATED.**

Dated: February 3, 2015         /s/ Clyde M. Blackmon for
                                Todd A. Pickles
                                Assistant U. S. Attorney


Dated: February 3, 2015         /s/ Clyde M. Blackmon
                                Clyde M. Blackmon
                                ROTHSCHILD WISHEK & SANDS LLP,
                                Attorneys for James Michael Wiley

**(PROPOSED) ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The Clerk of the Court shall release to Clyde M. Blackmon the United States Passport belonging to James Michael Wiley.

**IT IS SO ORDERED.**

**Dated:  February 3, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge