1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:13-CR-00101-GEB

12              Plaintiff,

13       v.                                FINAL ORDER OF FORFEITURE

14  JAMES MICHAEL WILEY,

15              Defendant.

16

17       WHEREAS, on December 2, 2014, the Court entered a Preliminary Order of Forfeiture,

18  forfeiting to the United States all right, title, and interest of defendant James Michael Wiley in the

19  following property:

20       a.    A sub *res* in the amount of $201,935.45 in lieu of the real property located at
              15989 Katydid Lane, Magalia, California, Butte County, APN: 056-230-049-000,

21       b.    2011 Kawasaki KVF 750D ATV, VIN: JKAVFDD16BB522583, and

22       c.    1997 New Holland LX 565 Bobcat Tractor, VIN: 38857, including trencher, hole
23            digger and pallet fork attachments.

24       AND WHEREAS, beginning on December 4, 2014, for at least 30 consecutive days, the United

25  States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

26  site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

27  Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

28  validity of their alleged legal interest in the forfeited property;

                                    1

1     AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

2  property, and the time for any person or entity to file a claim has expired.

3     Accordingly, it is hereby ORDERED and ADJUDGED:

4     1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

5  right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of

6  according to law, including all right, title, and interest of James Michael Wiley.

7     2.    All right, title, and interest in the above-listed property shall vest solely in the name of the

8  United States of America.

9     3.    The U.S. Marshal Service shall maintain custody of and control over the subject property

10  until it is disposed of according to law.

11     SO ORDERED.

12   Dated:  February 27, 2015

13

14

15  _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2