1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD, WISHEK & SANDS, LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   Facsimile: (916) 640-0027
4  cblackmon@rwslaw.com

5  Attorneys for Defendant,
   JAMES MICHAEL WILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00101-GEB |
|---|---|
| Plaintiff, | REQUEST TO EXONERATE BAIL AND RECONVEY PROPERTY POSTED TO SECURE BAIL; [PROPOSED] ORDER |
| vs. | |
| JAMES MICHAEL WILEY, | |
| Defendant. | |

On April 9, 2013, Magistrate Judge Edmund F. Brennan ordered James Michael Wiley released on $200,000 bond consisting of $132,000 secured by real property located at 2252 Cedar Road, York, South Carolina and $68,000 in an Unsecured Appearance Bond co-signed by Mr. Wiley, Ann W. Barnwell and Jane Ann Wiley.  On January 30, 2015, Mr. Wiley was sentenced by the Court to serve a term of 37 Months imprisonment in the custody of the Bureau of Prisons.  He was ordered to surrender to the designated Bureau of Prisons facility no later than 2:00 p.m. on March 13, 2015. Mr. Wiley surrendered to the low security Federal Correctional Institution in Butner, North Carolina on March 13, 2015.

Mr. Wiley, through his counsel Clyde M. Blackmon, now

1 requests the Court to issue an order exonerating bail in this
2 matter and requiring the Clerk of the Court to reconvey the real
3 property located at 2252 Cedar Road, York, South Carolina.

4                                    Respectfully submitted,

5 Dated: April 2, 2015            /s/ Clyde M. Blackmon
6                                 Clyde M. Blackmon
                                  ROTHSCHILD WISHEK & SANDS LLP,
7                                 Attorneys for James Michael Wiley

11                          **[PROPOSED] ORDER**

12      GOOD CAUSE APPEARING it is ordered that the bail previously
13 posted on behalf of James Michael Wiley is exonerated, and the
14 Clerk of the Court shall reconvey the real property located a
15 2252 Cedar Road, York, South Carolina.
16      **IT IS SO ORDERED.**
17 Dated:  April 6, 2015

20                        _____
                          GARLAND E. BURRELL, JR.
21                        Senior United States District Judge